428 A.2d 697

Commonwealth v. Blount, Appellant.

Submitted December 6, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Case remanded for transcription of record of hearings held July 27, 1978 and August 24, 1978 and direction that same be certified back to our court. If no record is found to exist or if the record cannot be transcribed then we direct that an evidentiary hearing be conducted to determine if the Commonwealth met its burden of proving due diligence at the hearings in question. If such a hearing is required, any part

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.

aggrieved by the lower court's determination may then file a new appeal.